UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN ANTHONY DAVIS,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. 5:19-01171 MWF (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, Petitioner's Opposition, and all related filings, along with the Report and Recommendation dated December 16, 2019 [Dkt. No. 14], of the assigned United States Magistrate Judge, and Petitioner's Objection to Report and Recommendation [Dkt. No. 15]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt.

1. No. 14] is accepted;
2. The Motion to Dismiss is granted and the Petition is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: March 16, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge