# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHAWN ANTHONY DAVIS, | Case No. 5:19-01171 MWF (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: March 16, 2020

_____
MICHAEL W. FITZEGERALD
United States District Judge

JS-6